UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOXANDER JIMENEZ,

       Petitioner,

    v.

ICE / U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,
ACTING SECRETARY
MARKWAYNE MULLIN, ACTING
DIRECTOR TODD M. LYONS,
ACTING US ATTY GEN TODD
BLANCHE, WARDEN, GLADES
COUNTY DETENTION CENTER,

       Respondents.

_____/

Case No. 2:26-cv-2002-KCD-NPM

**<u>ORDER</u>**

Last month, the Court ordered Respondents (hereinafter "Government") to provide Petitioner Yoxander Jimenez with an immigration bond hearing. (Doc. 8.) The Government apparently failed to do so. Jimenez then moved to enforce the judgment via an emergency motion. (Doc. 9.) The deadline to respond has come and gone, and the Government has chosen to remain silent. So on the record now before the Court, Jimenez has not been given a bond hearing and the Government does not contest that assertion.

It is a foundational principle that district courts possess the inherent authority to protect the integrity of their proceedings and enforce compliance

with their orders. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 43-44 (1991); *SFR Servs., LLC v. First Protective Ins. Co.*, No. 6:22-CV-1058-WWB-DCI, 2023 WL 8651323, at *1 (M.D. Fla. Oct. 18, 2023). Accordingly, Jimenez's Emergency Motion to Enforce Judgment and For Release (Doc. 9) is **GRANTED**. The Government is **ORDERED** to release Petitioner Yoxander Jimenez from immigration custody immediately. The Government shall file a notice on the docket confirming compliance with this Order within forty-eight (48) hours.

ORDERED in Fort Myers, Florida on August 3, 2026.

Kyle C. Dudek
United States District Judge

2